FILED
CLERK, U.S. DISTRICT COURT

FEB - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-MJ-628 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| GIL WILLIAM MOJICA, | |
| Defendant. | |

I.

On February 5, 2021, Defendant made his initial appearance, by consent to appear by video teleconference, on the criminal complaint filed in this matter. Deputy Federal Public Defender Howard Shneider was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the

arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ unverified background information
- ☒ insufficient bail resources

The Court notes that, notwithstanding Defendant's long-term residence in and family ties to the Central District, at this time, Defendant is not employed and does not own any property. These factors, along with the charges in the Complaint and the government's allegations regarding Defendant's association with a white supremacist group, and the lack of verification for defendant's background are sufficient to establish concerns for risk of flight if released.

As to danger to the community:

- ☒ allegations in the criminal complaint concern not only defendant's possession of firearms (a 12 gauge shotgun and .22 caliber rifle) but also the purchase of tactical body armor and components commonly used to customize firearms. At the hearing, government counsel relayed that components and chemicals used in the manufacture of explosive materials were found during the execution of a search warrant at the residence Defendant shares with his sister. These serious allegations give rise to a concern for danger to the community and others if Defendant is released that cannot be mitigated even with the imposition of restrictive conditions such as home detention and electronic monitoring as Defendant appears capable of engaging in such actions in his residence.

☒ admitted substance abuse for which Defendant is not interested in seeking treatment

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 5, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE